UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                      CASE NO.: 0:22-CV-61503-AHS

COOPER'S HAWK PEMBROKE PINES, LLC, a Florida Limited Liability Company d/b/a COOPER'S HAWK WINERY AND RESTAURANT

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, COOPER'S HAWK PEMBROKE PINES, LLC, a Florida Limited Liability Company, d/b/a COOPER'S HAWK WINERY AND RESTAURANT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED October 24, 2022.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Emeraude Lerebours** |
| Gregory S. Sconzo, Esq. | **Emeraude Lerebours, Esq.** |
| Florida Bar No.: 0105553 | Florida Bar No. 1025851 |
| Samantha L. Simpson, Esq. | Emeraude.Lerebour@jacksonlewis.com |
| Florida Bar No.: 1010423 | Nicole.Villa@jacksonlewis.com |
| | TampaDocketing@jacksonlewis.com |
| SCONZO LAW OFFICE, P.A. | |
| 3825 PGA Boulevard, Suite 207 | JACKSON LEWIS P.C. |
| Palm Beach Gardens, FL 33410 | 100 S. Ashley Drive, Suite 2200 |
| Telephone: (561) 729-0940 | Tampa, FL 33602 |
| Facsimile: (561) 491-9459 | Telephone: (813)512-3210 |
| Email: greg@sconzolawoffice.com | Facsimile: (813) 512-3211 |

1

| | |
|---|---|
| Email: samantha@sconzolawoffice.com<br>Email: alexa@sconzolawoffice.com<br>Attorney for Plaintiff | Attorney for Defendant |

4857-2516-0507, v. 1