UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-61503-CIV-SINGHAL

HOWARD COHAN,

    Plaintiff,

v.

COOPER'S HAWK PEMBROKE PINES, LLC, d/b/a
COOPER'S HAWK WINERY AND RESTAURANT,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE [16]). The Court having reviewed the stipulation and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. Furthermore, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**. The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 13th day of April 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF